# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vanessa K Fitzpatrick,<br><br>PLAINTIFF(S)<br>v.<br><br>IQ Data International Inc,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV 21-00872JVS(KESx)<br><br>ORDER RETURNING CASE<br>FOR REASSIGNMENT |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.

5/12/21
Date

_[signature]_
United States District Judge James V Selna

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __David O. Carter__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __DOC__ after the case number in place of the initials of the prior judge so that the case number will read __8:21-cv-00872 DOC(KESx)__ . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-89 (03/21)    ORDER RETURNING CASE FOR REASSIGNMENT