**SULAIMAN LAW GROUP, LTD**
Alejandro E. Figueroa (State Bar No. 332132)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA K. FITZPATRICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>　　　　　Defendant. | **Case No.** 8:21-cv-00872-KES<br><br>~~**PROPOSED**~~ **ORDER** |

## ORDER ON DISMISSAL WITHOUT PREJUDICE

Plaintiff, VANESSA K. FITZPATRICK ("Plaintiff"), by and through her undersigned attorney, having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, I.Q. DATA INTERNATIONAL, INC.

//

//

//

1

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as to I.Q. DATA INTERNATIONAL, INC. Each party shall bear its own costs and attorney fees.

Dated: September 27, 2021

*Karen E. Scott*
Hon. Karen E. Scott, U.S. Magistrate Judge